IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WALTER TIMOTHY GAUSE,              )
                                   )
            Plaintiff,             )
                                   )
     v.                            )      1:24-cv-511
                                   )
RONALD COVINGTON, UNIT             )
MANAGER NEALEY, S BARNES,          )
and SGT. JACOBS,                   )
                                   )
            Defendants.            )

### ORDER

On July 23, 2024 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 10, 11.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 10), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms and accompanied by the $405.00 filing fee.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of November, 2024.

                                                           /s/ William L. Osteen, Jr.
                                                           United States District Judge